# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM A. BATCHELOR,<br><br>    Plaintiff(s),<br><br>vs.<br><br>YORK HOLDING, LTD;  CHANGQING LIU; RAYFORD INTERNATIONAL INC.;  FREDRICK WAID; GREENLAKE REAL ESTATE FUND LLC;  DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X,  inclusive,<br><br>    Defendant(s). | Case # 2:24-cv-00239<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

_____Erica A. Wolff_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Sher Tremonte LLP_____
(firm name)

with offices at _____90 Broad Street, 23rd Floor_____,
(street address)

_____New York_____, _____New York_____, _____10004_____,
(city) (state) (zip code)

_____2122022600_____, _____ewolff@shertremonte.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Changqing Liu_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____June 28, 2010_____, Petitioner has been and presently is a
                         (date)
member in good standing of the bar of the highest Court of the State of _____New York_____
                                                                              (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York State Supreme Court, Appellate Divisio | June 28, 2010 | 4846424 |
| Southern District of New York | May 29, 2012 | EW0221 |
| Eastern District of New York | Oct. 10, 2013 | |
| US Court of Appeals, 2nd Circuit | Sept. 24, 2013 | |
| Western District of New York | Nov. 21, 2023 | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Federal Bar Council

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3  *[signature: Erica Wolff]*
                                                    Petitioner's signature

4  STATE OF ____Nevada____ )
5  COUNTY OF ____Clark____ )

7  ____Erica A. Wolff____, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

9  *[signature: Erica Wolff]*
                                                    Petitioner's signature

10 Subscribed and sworn to before me this

11 __5^0__ day of __Febru__, __2024__.

13 *[signature]*
   __Notary Public or Clerk of Court__

   RAPHAEL A. FRIEDMAN
   NOTARY PUBLIC, STATE OF NEW YORK
   Registration No. 02FR0004513
   Qualified in New York County
   Commission Expires March 30, 2027

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Emil Kim and Patrick Hicks__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Littler Mendelson PC, 3960 Howard Hughes Parkway, Suite 3600__,
(street address)

__Las Vegas__, __Nevada__, __89169__,
(city)       (state)       (zip code)

__(702) 862-7742__, __ekim@littler.com, phicks@littler.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Emil Kim and Patrick Hicks__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Erica A. Wolff
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

14894                       ekim@littler.com
Bar number                  Email address

4632                        phicks@littler.com

APPROVED:

Dated: this __14__ day of __February__, 20__24__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Erica Ashley Wolff

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **June 28, 2010**, *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on January 16, 2024.*

*Clerk of the Court*

CertID-00155318



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE     NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400     INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ERICA   ASHLEY   WOLFF_____, Bar # _____EW0221_____

was duly admitted to practice in the Court on

_____May 29, 2012_____

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.                    On     _____October 25, 2023_____
          New York, New York



__Ruby J. Krajick__                       By      __s/ V. Adolphe__
   Clerk of Court                                    Deputy Clerk