Matthew L. Johnson (6004)
JOHNSON & GUBLER, P.C.
8831 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
Attorney for Defendant RAYFORD
INTERNATIONAL INC.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM A. BATCHELOR, JR., <br><br> Plaintiff, <br><br> v. <br><br> YORK HOLDING, LTD; CHANGQING LIU; RAYFORD INTERNATIONAL INC.; FREDRICK WAID; GREENLAKE REAL ESTATE FUND LLC; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Civil Case No. 2:24-cv-00239-GMN-EJY <br><br> **DEFENDANT RAYFORD INTERNATIONAL INC.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** <br><br> (Removal from the District Court, Clark County, Nevada Case No. A-23-880636-B) <br><br> Pursuant to LR IA 6-1 |

Defendant Rayford International, Inc., by and through counsel, hereby moves this Court, unopposed, for an extension of time to file a responsive pleading or otherwise respond to Plaintiff's Complaint, and states as follows:

1.  On or about October 31, 2023, Plaintiff filed his Verified Derivative Complaint for Damages (the "Complaint") in the Eighth Judicial District Court, Clark County, Nevada styled *William Batchelor, Jr. v. York Holding, Ltd. et al.*, Case No. A-23-880636-B (the "State Court Action").

2. In the State Court Action, Plaintiff and Rayford had originally agreed to a deadline of February 15, 2024 to respond to the Complaint.

3. After removal, Rayford requested, and Plaintiff consented, for an additional thirty days to respond to the Complaint due, in significant part, to the recent tragic death of Rayford's counsel, Michael Fielding's teenage son.

4. This case is one of several lawsuits (and one arbitration) involving Plaintiff and/or several of the Defendants herein and dealing with similar facts, and Rayford needs additional time to consider how to proceed. As such, the request is made in good faith and not for the purposes of delay.

5. No parties will be unduly prejudiced by the relief requested herein.

WHEREFORE, Defendant Rayford International, Inc. respectfully requests that the Court grant it an additional 30 days to and through Monday, March 18, 2024 to file a responsive pleading or otherwise respond to the Complaint, and for any other and further relief that is just and proper.

Dated this 14th day of February, 2024

JOHNSON & GUBLER, P.C.

/s/ Matthew L. Johnson
Matthew L. Johnson (6004)
8831 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 471-0065
(702) 471-0065 facsimile
mjohnson@mjohnsonlaw.com
Attorneys for Rayford International

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: February 15, 2024

2